MARY O'DONNELL WEEKES, APPELLANT, V. BERNARD HEI-
MANN ET AL., APPELLEES.

FILED NOVEMBER 14, 1911.   No. 16,556.

APPEAL from the district court for Cuming county:
GUY T. GRAVES, JUDGE. *Affirmed.*

*T. J. Mahoney* and *J. A. C. Kennedy,* for appellant.

*A. R. Oleson* and *Baldrige, De Bord & Fradenburg,*
contra.

BARNES, J.

This was an action in ejectment to recover possession
of an undivided one-fourth of the same tract of land which
was in controversy in *Kulp v. Heimann, ante,* p. 167.   The
pleadings were similar to those in that case, with the ex-
ception of a plea of the statute of limitations, which was
there interposed.   The evidence in both cases was prac-
tically the same.   Defendants had the judgment, and the
plaintiff has appealed.

Following the decision in that case, and for the reasons
therein stated, the judgment of the district court is

AFFIRMED.